IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **ROBERT WATKINS,** | § § | **Case No. 1:17-cv-00307** |
| Plaintiff | § § | |
| -v- | § § | |
| **NAVIENT SOLUTIONS, INC.,** | § § § | |
| Defendant. | § § | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files Notice of Dismissal, to dismiss this lawsuit, with prejudice.

Dated: April 26, 2017          \_\_/s/\_ Jeffrey D. Mapes\_\_\_\_
                               Jeffrey D. Mapes (P70509)
                               Attorney for Plaintiff
                               Jeffrey D. Mapes, PLC
                               29 Pearl St. NW, Ste. 305
                               Grand Rapids, MI 49503
                               Tel: (616) 719-3847
                               Fax: (616) 719-3857